UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. JCFB, INC., Defendant. | Case No. 19-CV-00552-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

On April 26, 2019, the Court proposed the following case schedule and asked the parties to file any objections by Monday, April 29, 2019 at 3:00 p.m. There were no objections. Therefore, the Court adopts the following case schedule, and continues the initial case management conference scheduled for May 1, 2019 to July 31, 2019 at 2:00 p.m.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | July 1, 2019 |
| Further Case Management Conference | July 31, 2019 at 2:00 p.m. |
| Close of Fact Discovery | February 1, 2020 |
| Plaintiff's Expert Reports | March 1, 2020 |
| Defendant's Expert Reports | April 1, 2020 |

1

Case No. 19-CV-00552-LHK
CASE MANAGEMENT ORDER

| Close of Expert Discovery | May 1, 2020 |
|---|---|
| Dispositive Motions (one per side in the entire case) | June 1, 2020 |
| Hearing on Dispositive Motions | August 13, 2020 at 1:30 p.m. |
| Final Pretrial Conference | September 24, 2020 at 1:30 p.m. |
| Jury Trial | October 26, 2020 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: April 29, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 19-CV-00552-LHK
CASE MANAGEMENT ORDER