United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>JCFB, INC.,<br><br>        Defendant. | Case No. 19-CV-00552-LHK<br><br>**ORDER TO FILE COMPLAINT IN INTERVENTION ON THE DOCKET** |

On June 19, 2019, the Court granted Salvador Martinez's and Maria Palacios' motion to intervene as plaintiffs and to file a complaint in intervention. ECF No. 33. As such, the Court hereby ORDERS counsel for intervenors Martinez and Palacios to file Martinez's and Palacios' complaint in intervention on the docket in the instant case by June 21, 2019.

**IT IS SO ORDERED.**

Dated: June 20, 2019

                                                                      LUCY H. KOH
                                                                       United States District Judge